AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Cheryl Fenwick, mother and next friend of M.F.,

        Plaintiff(s)    )
                              )   **APPEARANCE**
                              )
        vs.              )   CASE NUMBER   1:07-cv-02330
United States of America, et al.,  )
                              )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David L. Shurtz__ as counsel in this
                                    (Attorney's Name)

case for: __Cheryl Fenwick, mother and next friend of M.F.__
                       (Name of party or parties)

4/24/08
Date

                                                            */s/ David L. Shurtz*
                                                            Signature

454598                                        David L. Shurtz
BAR IDENTIFICATION                Print Name

                                        1039 N. Highland St.
                                        Address

                                        Arlington   VA      22201
                                        City           State      Zip Code

                                        (703) 528-4433
                                        Phone Number