UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL FENWICK (as
mother and next friend of
M.F., a minor),

    Plaintiff

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 1:07-cv-02330
Judge Friedman

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON
<u>DEFENDANT JEREMY FISCHER</u>

    1. My name is J. Andrew Chopivsky, I am 53 years of age, my address is 4005 Davis Place, N.W., Washington, D.C. 20007, and I am not a party to this matter.

    2. On April 23, 2008 at 3:10 P.M. and in the lobby of 1750 Crystal Drive, Arlington, Virginia 22202, I served defendant Jeremy Fischer with the Summons and Complaint in this matter by handing these documents to Edward Bordley who is an Associate General Counsel in the Office of the General Counsel for the United States Marshals Service.

    3. Edward Bordley identified himself to me and represented that he was authorized to accept service of process for and on behalf of defendant Jeremy Fischer, a Deputy United States Marshal.

    4. The foregoing is true and correct to the best of my knowledge and belief.

    _____
    J. Andrew Chopivsky

DISTRICT OF COLUMBIA) ss

    Subscribed and sworn to before me this 25th day of April, 2008.

    _____
    Notary Public

Karly R. Jordan
Notary Public, District of Columbia
My Commission Expires 11/14/2011