UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL FENWICK (as mother
and next friend of M.F., a
minor),

    Plaintiff

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 1:07-cv-02330
Judge Friedman

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON
DEFENDANT UNITED STATES OF AMERICA
(Attorney General)

1.  My name is J. Andrew Chopivsky, I am 53 years of age, my address is 4005 Davis Place, NW, Washington, D.C. 20007, and I am not a party to this matter.

2.  On April 23, 2008 at 12:52 P.M. and at 950 Pennsylvania Avenue, N.W., Washington, D.C., I served Defendant United States of America with the Summons and Complaint in this matter by handing these documents to United States Attorney General Michael B. Mukasey/Office of the United States Attorney General through his/its authorized agent/employee, Sandra Carter.

3.  Sandra Carter identified herself to me and acknowledged that she was authorized to accept service of process on behalf of the United States Attorney General.

4.  The foregoing is true and correct to the best of my knowledge and belief.

                                        _____
                                        J. Andrew Chopivsky

DISTRICT OF COLUMBIA)ss

    Subscribed and sworn to before me this 25th day of April, 2008.

                                        Notary Public

Karly R. Jordan
Notary Public, District of Columbia
My Commission Expires 11/14/2011

