UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL FENWICK (as mother
and next friend of M.F., a minor),

    Plaintiff

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 1:07-cv-02330
Judge Friedman

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON
DEFENDANT UNITED STATES OF AMERICA
(United States Attorney for the District of Columbia)

1. My name is J. Andrew Chopivsky, I am 53 years of age, my address is 4005 Davis Place, NW, Washington, D.C. 20007. and I am not a party to this matter.

2. On April 23, 2008 at 1:16 P.M. and at 501 Third Street, N.W., Fourth Floor, Washington, D.C. 20001, I served Defendant United States of America with the Summons and Complaint in this matter by handing these documents to the United States Attorney for the District of Columbia Jeffrey A. Taylor/Office of the United States Attorney for the District of Columbia through his/its authorized agent/employee, Gary Nails.

3. Gary Nails identified himself to me and stated that he was authorized to accept service of process on behalf of the United States Attorney for the District of Columbia/Office of the United States Attorney for the District of Columbia.

4. The foregoing is true and correct to the best of my knowledge and belief.

                                                J. Andrew Chopivsky

DISTRICT OF COLUMBIA)ss

Subscribed and sworn to before me this 25th day of April, 2008.

                                                Notary Public

Karly R. Jordan
Notary Public, District of Columbia
My Commission Expires 11/14/2011