UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CHERYL FENWICK, as friend and        )
  mother of minor child, M.F.,       )
                                     )
            Plaintiff,               )
                                     )
      v.                             ) Civil Action No. 07-2330 PLF
                                     )
UNITED STATES OF AMERICA, et al.,    )
                                     )
            Defendants.              )
_____)

          UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
              AND MEMORANDUM IN SUPPORT THEREOF

   Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 42-day enlargement of time[2] within which to answer or otherwise respond to the Complaint in the above action, up to and including September 8, 2008. Plaintiff's counsel, David Shurtz, Esq., has indicated that Plaintiff does not oppose this motion.

   Defendants request this additional time, because the

---

[1] The Defendants include the United States of America and United States Deputy U.S. Marshals Andrew Pudimott, Jeremy Fischer and John Mickle. Undersigned counsel currently represent the individual defendants only for purposes of seeking this enlargement of time; and Defendants Pudimott, Fischer and Mickle do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] Undersigned counsel has been advised that proper service of the Complaint has not yet been effected on the individual defendants in their individual capacities, thus their time to respond has not yet begun to run. Nevertheless, counsel file this motion in an effort to ensure that the Court's time is not wasted in resolving unnecessary motions for default or default judgment.

individual defendants have initialed the process whereby they may secure legal representation from the United States Department of Justice, pursuant to 28 C.F.R. § 50.15, but the process has not yet been completed.  Counsel understands that more time is needed to ensure that there exist no conflicts among the defendants, which could delay proceedings even further if not addressed early in the litigation.  In addition, undersigned counsel is in the process of gathering additional information that is necessary to permit counsel to respond appropriately to the issues in the case.

    For these reasons, Defendants ask that they be permitted until September 8, 2008, to complete an answer or dispositive motion in the case.  A proposed Order is attached hereto.

                  Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 23rd day of July, 2008.

```
                                    _____/s/
                                    W. MARK NEBEKER, DC Bar #396739
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, DC  20530
                                    (202) 514-7230
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

CHERYL FENWICK, as friend and       )
  mother of minor child, M.F.,     )
                                        )
        Plaintiff,            )
                                        )
    v.                              ) Civil Action No. 07-2330 PLF
                                        )
UNITED STATES OF AMERICA, et al.,   )
                                        )
        Defendants.           )
_____)

## ORDER

Upon consideration of the defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, for the reasons set forth by the parties, and based upon the entire record herein, it is this _____ day of _____, 2008

ORDERED that the motion should be and is hereby granted; and it is,

FURTHER ORDERED that the time by which the defendants may respond to the Complaint be and is hereby enlarged up to and including September 8, 2008.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Judiciary Center, Civil Division
555 4th Street, N.W.
Washington, DC  20530

DAVID SCHURTZ, ESQ.
KEVIN BORLAND, ESQ.
1039 N. Highland Street
Arlington, VA  22201