```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

CHERYL FENWICK, as friend and    )
  mother of minor child, M.F.,   )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Civil Action No. 07-2330 PLF
                                 )
UNITED STATES OF AMERICA, et al.,)
                                 )
          Defendants.            )
                                 )
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 45-day enlargement of time[2] within which to answer or otherwise respond to the Complaint in the above action, up to and including October 23, 2008.  Plaintiff's counsel, David Shurtz, Esq., has indicated that Plaintiff does not oppose this motion.

Defendants request this additional time, because the undersigned counsel is in the process of gathering additional

---

[1] The Defendants include the United States of America and United States Deputy U.S. Marshals Andrew Pudimott, Jeremy Fischer and John Mickle.  Defendants Pudimott, Fischer and Mickle do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] Undersigned counsel has been advised that proper service of the Complaint has not yet been effected on the individual defendants in their individual capacities, thus their time to respond has not yet begun to run.  Nevertheless, counsel file this motion in an effort to ensure that the Court's time is not wasted in resolving unnecessary motions for default or default judgment.

information that is necessary to permit counsel to respond appropriately to the issues in the case. Indeed, he has already filed an unopposed motion seeking transcripts and related juvenile case records from the Superior Court of the District of Columbia in the juvenile matter that flowed from the incident referenced in the Complaint in the instant civil action. Counsel believes that, with such information, the parties will be in a position to discuss settlement or complete a dispositive motion, either of which will facilitate prompt resolution of this case.

    For these reasons, Defendants ask that they be permitted until October 23, 2008, to complete an answer or dispositive motion in the case. A proposed Order is attached hereto.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                                                            /s/
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 5th day of September, 2008.

```
                              _____/s/
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

CHERYL FENWICK, as friend and    )
  mother of minor child, M.F.,   )
                                 )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 07-2330 PLF
                                 )
UNITED STATES OF AMERICA, et al.,)
                                 )
          Defendants.            )
_____)
```

ORDER

Upon consideration of the defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, for the reasons set forth by the parties, and based upon the entire record herein, it is this _____ day of _____, 2008

ORDERED that the motion should be and is hereby granted; and it is,

FURTHER ORDERED that the time by which the defendants may respond to the Complaint be and is hereby enlarged up to and including October 23, 2008.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Judiciary Center, Civil Division
555 4th Street, N.W.
Washington, DC  20530

DAVID SCHURTZ, ESQ.
KEVIN BORLAND, ESQ.
1039 N. Highland Street
Arlington, VA  22201